STATE OF NORTH CAROLINA v. ROBERT LEE WINCHESTER

No. 7026SC625

(Filed 18 November 1970)

ON *certiorari* to review judgment of *Falls, J.*, entered at the 12 May 1969 Schedule "B" Criminal Session, MECKLENBURG Superior Court.

Defendant was tried on a bill of indictment, proper in form, charging him with felonious larceny of a 1968 Pontiac automobile valued at $2,100. He pled not guilty, the jury returned a verdict of guilty as charged, and from judgment imposing prison sentence of not less than seven nor more than ten years, he gave notice of appeal. We allowed *certiorari* on 3 September 1970.

*Attorney General Robert Morgan by Assistant Attorney General Russell G. Walker, Jr., for the State.*

*James M. Shannonhouse, Jr., for defendant appellant.*

BRITT, Judge.

In his brief defendant's court appointed counsel states that he has conscientiously examined the record in his case but is unable to find error; he asks that this court carefully review the record and grant the defendant any relief that is appropriate.

We have given the record a thorough review but detect no prejudicial error; we conclude that the defendant received a fair trial and the sentence imposed is within the limits provided by statute.

No error.

Judges CAMPBELL and VAUGHN concur.